IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAWAN FLOYD

    Plaintiff(s)

v.                                      CIVIL ACTION NO.
                                            1:17cv443-TWT

BLUE IVORY RESTAURANT, LLC,
TREDERICK GRAY and
IVORY MANAGEMENT, LLC

    Defendant(s)

## JUDGMENT

    This action came before the court for a damages hearing after granting plaintiff's Motion for Default Judgment and the court having determined damages in favor of the Plaintiff LAWAN FLOYD and against the Defendants BLUE IVORY RESTAURANT, LLC, TREDERICK GRAY and IVORY MANAGEMENT, LLC.

    Judgement hereby entered in the amount of $39,063 for unpaid minimum wages and overtime pay, $39,063 for liquidated damages, and $20,070.38 for attorney fees in favor of the Plaintiff LAWAN FLOYD and against the Defendants BLUE IVORY RESTAURANT, LLC, TREDERICK GRAY, and IVORY MANAGEMENT, LLC, plus costs and interest at the legal rate from the date of this judgment.

                                                  April 25, 2018

                                                  JAMES N. HATTEN, Clerk

                                                  By/s/Sheila T. Sewell
                                                       Deputy Clerk